UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN RYAN,

        Plaintiff,

v.

        Case No. 24-cv-10672
        Honorable Mark A. Goldsmith

STATE OF MICHIGAN et al.,

        Defendants.
_____/

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date.

The case is closed.

        KINIKIA ESSIX
        CLERK OF THE COURT

        By:    s/Misty Neely
                 DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: July 23, 2024
Detroit, Michigan